518 A.2d 542

**COMMONWEALTH of Pennsylvania**

v.

**Robert MARCONI, Petitioner.**

**No. 1008 E.D. Allocatur Docket 1985.**

Supreme Court of Pennsylvania.

Nov. 26, 1986.

## ORDER

AND NOW, this 26th day of November, 1986, the Petition for Allowance of Appeal is denied without prejudice to petitioner's right to seek P.C.H.A. relief. The Commonwealth's Motion to Quash Appeal is dismissed as moot.